LORETTA LYNCH
Attorney General
LAURA E. DUFFY
United States Attorney
REBECCA S. KANTER (California Bar No. 230257)
Special Attorney
    Office of the U.S. Attorney
    880 Front Street, Room 6293
    San Diego, CA 92101
    Tel: (619) 546-7304
    Fax: (619) 546-0450
    Email: rebecca.kanter@usdoj.gov

BENJAMIN J. WEIR
Trial Attorney (D.C. Bar No. 494045)
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
    601 D. St. NW, Room 7025
    Washington, D.C. 20004
    Tel: (202) 307-0855
    Fax: (202) 514-9623
    E-mail: benjamin.j.weir@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JAMES ROBERT MILLER,<br><br>    Defendant. | Case No. 14-CR-00471-AB<br><br>UNITED STATES' PROPOSED VERDICT FORM<br><br>**TRIAL DATE:          11-3-15** |

    The United States of America through its undersigned counsel, hereby submits its proposed verdict form.

//

//

13185073.1

**VERDICT**

**COUNT ONE**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count one, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343.
             (Guilty/Not Guilty)

**COUNT TWO**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count two, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343.
             (Guilty/Not Guilty)

**COUNT THREE**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count three, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343.
             (Guilty/Not Guilty)

**COUNT FOUR**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count four, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343.
             (Guilty/Not Guilty)

**COUNT FIVE**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count five, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343.
            (Guilty/Not Guilty)

**COUNT SIX**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2009)**

As to count six, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
            (Guilty/Not Guilty)

**COUNT SEVEN**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2010)**

As to count seven, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
            (Guilty/Not Guilty)

**COUNT EIGHT**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2011)**

As to count eight, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
            (Guilty/Not Guilty)

14CR0471-AB13185073.1

**COUNT NINE**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2012)**

As to count nine, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
            (Guilty/Not Guilty)


_____
FOREPERSON

DATED: October 14, 2015            LORETTA LYNCH
                                   Attorney General

                                   LAURA E. DUFFY
                                   United States Attorney

                                   *s/Rebecca Kanter*
                                   REBECCA S. KANTER
                                   Special Attorney

                                   *s/Benjamin J. Weir*
                                   BENJAMIN J. WEIR
                                   Trial Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

4

14CR0471-AB13185073.1